| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William H. Schultz, Esq.   CASB 90191<br>SCHULTZ LAW FIRM<br>32123 Lindero Canyon Road   Suite 203<br>Westlake Village, California   91361-54312<br>Phone : 818-901-1919<br>Fax   : 818901-1996<br>Email : Bill@SchultzLawFirm.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*   Debtor JANET GREENLIN | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br><br>GREENLIN, JANET<br><br><br><br><br>Debtor(s). | CASE NO.:   2:18-BK-25113-ER<br>CHAPTER:   7<br><br>**MOTION IN A CHAPTER 7 OR 13 CASE (1) TO REOPEN CASE AND (2) FOR EXTENSION OF TIME TO FILE FORMS REQUIRED FOR DISCHARGE**<br>[LBR 5010-1; 9013-1(q)(11)] |
|---|---|

1. **Bankruptcy Case Information:**

    a. A petition under chapter ☒ 7 ☐ 13 was filed on *(date)* 12/31/2018  .

    b. The court closed this case without entering a discharge because the Debtor failed to timely file one or both of the following form(s) required for a discharge to be entered (Required Form(s)):

    Chapter 7 or 13 Cases: [11 U.S.C. § 727(a)(11); LBR 3015-1(t)]
    ☒ ~~Official Form 423, Certification About a Financial Management Course~~ **CERTIFICATE OF CREDIT COUNSELING**

    Chapter 13 Cases: [11 U.S.C. § 1328(g)(1), LBR 3015-1(t)]
    ☐ Debtor's Certification of Compliance Under 11 U.S.C. § 1328(a) and Application for Entry of Discharge

2. **Motion**

    a. The Debtor(s) request that the court enter an order: (a) reopening the case pursuant to 11 U.S.C. § 350(b) and FRBP 5010; and (b) extending the time to file the Required Form(s) for a period of 30 days from the date of entry of an order granting this motion.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                 Page 1                                                   F 5010-1.1.MOTION.REOPEN.CERT

b. The Debtor(s) failed to file the Required Form(s) by the original deadline, and therefore need to have the case reopened so that the Required Form(s) can be filed and a discharge can be entered because (*explain circumstances that prevented the Debtor from filing Required Form(s) in a timely manner*):

Credit Counseling Certificate was inadvertently omitted from filing documents, and inadvertently omitted from the Court's 01-04-19 Form deforco notice (Doc 8, attached).

On 01-16-12019 case was dismissed for failure to file Counseling Certificate (Doc 15/16). On same day, 01-16-12019, Credit Counseling Certificate was filed (Doc 17, attached).

Case still stands dismissed, and needs to be reopened for re-filing of Doc 17, 01-16-2019 Credit Counseling Certificate.

3. **Declaration**

   I declare under penalty of perjury that the foregoing is true and correct.

   Date: 02/08/2019          S/S Janet Greenlin
                             Signature of Debtor 1

                             _____
                             Printed name of Debtor 1

   Date: _____      _____
                             Signature of Debtor 2 (Joint Debtor)(if applicable)

                             _____
                             Printed name of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                     Page 2                     F 5010-1.1.MOTION.REOPEN.CERT

# United States Bankruptcy Court
## Central District of California

| In re: Janet Greenlin | CHAPTER NO.: 7 |
| --- | --- |
| | CASE NO.: 2:18-bk-25113-ER |

## ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
## AND NOTICE OF INTENT TO DISMISS CASE

To Debtor and Debtor's Attorney of Record,

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schd A/B(Form106A/B or 206A/B)**
**Schedule C (Form 106C)**
**Schedule D (Form 106D or 206D)**
**Schd E/F(Form106E/F or 206E/F)**
**Schedule G (Form 106G or 206G)**
**Schedule H (Form 106H or 206H)**
**Summary(Form 106Sum or 206Sum)**
**Schedule I (Form 106I)**
**Means Calculation(Form 122A-2)**
**Schedule J (Form 106J)**
**Decl Re Sched (Form 106Dec)**
**Decl for Non-Indiv (Form 202)**
**StmtFinAffairs(Form107 or 207)**
**Statement (Form 122A-1)**
**Means Exempt.(Form 122A-1Supp)**

The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms

According to Bankruptcy Rule 1007(c), within 14 days after you filed the petition, **YOU MUST EITHER:**

(1) File the required documents. If the document is filed electronically, no hard copy need to be submitted to the court. (See Local Bankruptcy Rule 5005-2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2) File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

Dated: December 31, 2018

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form deforco – Rev 01/2018)    1 /

Case 2:18-bk-25113-ER    Doc 17    Filed 01/16/19    Entered 01/16/19 18:58:31    Desc
Main Document    Page 1 of 1

Certificate Number: 12459-CAC-CC-031476610

12459-CAC-CC-031476610

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 15, 2018, at 10:34 o'clock AM PDT, Janet Greenlin received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Central District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: August 15, 2018        By:    /s/Fatima Munekata

                             Name:  Fatima Munekata

                             Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

32123 Lindero Canyon Road   Suite 203
Westlake Village, California   91361-5412

A true and correct copy of the foregoing document entitled: **MOTION IN A CHAPTER 7 OR 13 CASE (1) TO REOPEN CASE AND (2) FOR EXTENSION OF TIME TO FILE FORMS REQUIRED FOR DISCHARGE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/08/2019  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
Telephone: (877)885-5919

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/08/2019  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

N/A  -  NONE

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/08/2019  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

N/A  -  NONE

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/08/2019 | William H. Schultz, Attorney for Debtor | *(signature)* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 3                              **F 5010-1.1.MOTION.REOPEN.CERT**